SCHULTZ, Appellant, v. McCREA et al., Respondents. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by William F. Schultz against William G. McCrea and others. E. H. Kelly, of New York City, for appellant.

PER CURIAM. Judgment affirmed, with costs. Order filed.

CLARKE and HOTCHKISS, JJ., dissent.

SCHUNK, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by William Schunk against the International Railway Company. No opinion. Judgment affirmed, with costs.

S. C. POSNER, Inc., v. POSNER. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by S. C. Posner, Incorporated, against Sarah C. Posner. No opinion. Application denied, with $10 costs. Order signed.

SEELEY, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Jefferson Seeley against George L. Williams. No opinion. Judgment and order reversed as against the weight of evidence, and new trial granted, with costs to appellant to abide event; the finding of fact disapproved of being that the plaintiff performed his contract.

SHAPIRO v. GLENDENNING. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Samuel Shapiro against Frederick W. Glendenning. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SHAUGHNESSY, Appellant, v. WEICHMANN, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Susan Shaughnessy against Victor Weichmann. M. T. Manton, of New York City, for appellant. F. W. Catlin, of New York City, for respondent. No opinion. Order affirmed, unless plaintiff stipulate to reduce verdict to $5,000, in which event the order appealed from is reversed and the verdict as so reduced reinstated, without costs of this appeal. Settle order on notice.

SHAW v. McQUEENIE. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Helen Shaw against Mary F. McQueenie. No opinion. Application denied, with $10 costs. Order signed. See, also, 85 Misc. Rep. 395, 147 N. Y. Supp. 407.

SKEELE COAL CO. v. BAKER. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by the Skeele Coal Company against Charles T. Baker. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1143.

SLAUGHTER v. ROTTMANN. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Arthur M. Slaughter against George Rottmann. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SLIGO FURNACE CO., Respondent, v. QUINN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by the Sligo Furnace Company against Thomas H. Quinn and others. No opinion. Motion for reargument (in 153 N. Y. Supp. 109) denied, with $10 costs.

In re SMITH. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) In the matter of Charles A. B. Smith, attorney and counselor at law. No opinion. Report of referee confirmed, and order of disbarment entered. See, also, 164 App. Div. 966, 149 N. Y. Supp. 1112.

SMITH et al., Appellants, v. BARTLETT, Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by William E. T. Smith and others against John J. Bartlett. No opinion. Order reversed, and motion granted, without costs, but upon plaintiffs stipulating that, if defendant so elect, either party may read in evidence from the former record. The reversal is solely upon the ground of the error in the certified copy of the will of William Smith. See, also, 156 App. Div. 916, 141 N. Y. Supp. 1146.

SMITH et al., Appellants, v. JAMISON et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Roxy M. Smith and others, as executors, etc., against William A. Jamison and others, as administrators, etc. A. H. Larkin, of New York City, for appellants. W. N. Dykman, of Brooklyn, for respondents. No opinion. Judgment affirmed, with costs, on opinion of the referee. Order filed.

SMYTH v. YORKSHIRE REALTY & CONSTRUCTION CO. et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by John Smyth, as administrator, against the Yorkshire Realty & Construction Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1145.

SOLINSKIE, Respondent, v. PHILADELPHIA & READING COAL & IRON CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by John Solinskie against the Philadelphia & Reading Coal & Iron Company. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. See Wilner v. Independent Order Ahawas Israel, 122 App. Div. 615, 107 N. Y. Supp. 497; Jackson v. Carpenter, 3 Cowen, 22; Taylor v. Vandervoort, 9 Wend. 449.

SOLVAGGI, Respondent, v. TISDALE LUMBER CO., Appellant. (Supreme Court, Appellate Division, Second Department. July